ACCEPTED
14-13-00492-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/29/2014 3:13:39 PM
CHRISTOPHER PRINE
CLERK

## NO. 14-13-00492-CV

**In the Court of Appeals for the 14ᵗʰ District
Houston, Texas**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/29/2014 3:13:39 PM
CHRISTOPHER A. PRINE
Clerk

**ROBERT PRIMO,**

*Appellant,*

**V.**

**GREAT AMERICAN INSURANCE COMPANY,**

*Appellee.*

On Appeal from the 281ˢᵗ Judicial District Court of Harris County, Texas
Trial Court Cause No. 2011-64653

## APPELLEE'S FIRST OPPOSED MOTION TO EXTEND TIME TO FILE A MOTION FOR EN BANC RECONSIDERATION

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Pursuant to Rules 10.5(b) and 49.8 of the Texas Rules of Appellate Procedure, Appellee, GREAT AMERICAN INSURANCE COMPANY, files this its Opposed Motion to Extend Time to File a Motion for En Banc Reconsideration ("Motion to Extend Time"), and in support thereof would respectfully show this Court the following:

### A. Current Deadline

The current deadline for filing a Motion for En Banc Reconsideration (the "Motion") is Friday, January 2, 2015.

### B. Length of the Extension Sought

Appellee requests a thirty (30) day extension of time to file the Motion, which, if granted, would make the Motion due on Monday, February 2, 2015.

### C. Facts Explaining the Need for a 30-Day Extension

This Court issued its opinions and judgment on Thursday, December 18, 2014. As a result, Appellee's deadline to file the Motion is Friday, January 2, 2015. Consequently, Christmas Eve, Christmas Day, New Year's Eve and New Year's Day all fell between the date this Court issued its opinions/judgment and the current deadline to file the Motion. During that time period, Appellee's counsel's office will only be open for six full business days – which is not sufficient time for Appellee or its counsel to fully analyze the opinion/judgment and prepare the Motion before the deadline.

In addition, Appellee's lead counsel (Stephen Venable) has family visiting from out of state until January 2, 2015. He also has to prepare for an out of town hearing in another matter on January 9, 2015,[1] he has to draft responses to written

---

[1] *Breuer v. Brady Group, LLC,* No. 268111-0 (169th Dist. Ct., Bell County, Tex.).

discovery requests served on his clients in three other matters before January 13, 2015,[2] and he has to attend a mediation in another matter before January 16, 2015.[3]

Accordingly, due to the Christmas/New Year's holidays and the demands of other personal and professional matters upon its lead counsel in late December 2014 and early January 2015, Appellee respectfully requests a 30-day extension of time to and including February 2, 2015 to file the Motion. This extension is requested to allow Appellee and its counsel sufficient time to evaluate this Court's opinions and judgment, and to prepare the Motion. The requested extension is not sought for purposes of delay, but so that justice may be done.

Appellee's counsel conferred with *pro se* Appellant on December 29, 2014, and Appellant advised he is opposed to the relief sought in this motion.

### D. No Previous Extensions Sought or Granted

No previous extensions have been sought or granted with respect to this deadline.

### PRAYER FOR RELIEF

Wherefore premises considered, Appellee prays that this Court grant the Motion to Extend Time and that Appellee's deadline for filing a Motion for En

---

[2] *Formosa Plastics Corp. U.S.A. v. Palacios Marine & Industrial Coatings, Inc.,* No. 14-08-2242 (135th Dist. Ct., Calhoun County, Tex.); *Williams v. Colvin,* No. 2013-61612 (269th Dist. Ct, Harris County, Tex.); *Expedited Logistics and Freight Services, LLC vs. Underwriters at Lloyd's London,* No. 2014-63826 (125th Dist. Ct., Harris County, Tex.).

[3] *Williams v. Colvin,* No. 2013-61612 (269th Dist. Ct, Harris County, Tex.)

Banc Reconsideration be extended through and including February 2, 2015.

Appellee also prays for such other relief to which it may be justly entitled.

Respectfully submitted,

**WALKER WILCOX MATOUSEK LLP**

By: */s/ Stephen O. Venable*
    Stephen O. Venable
    State Bar of Texas I.D. #24056471
    1001 McKinney Street, Suite 2000
    Houston, Texas 77002
    Telephone: (713) 654-8001
    Telecopy: (713) 343-6571
    Email: svenable@wwmlawyers.com

**ATTORNEYS FOR APPELLEE**

## CERTIFICATE OF CONFERENCE

On December 29, 2014, I certify that I spoke with Robert Primo, *pro se* Appellant, and he advised me that he was opposed to the relief sought in this motion.

/s/ Stephen O. Venable
Stephen O. Venable

## CERTIFICATE OF SERVICE

This is to certify, pursuant to Rules 6.3 and 9.5 of the Texas Rules of Appellate Procedure, a true and correct copy of the foregoing Motion to Extend Time has been forwarded on the 29th day of December, 2014 to:

Robert Primo, D.D.S.                    – *Facsimile & Electronic Filing Manager*
5023 Grape Street
Houston, Texas 77096

/s/ Stephen O. Venable
Stephen O. Venable